UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 1:05CR131 CDP |
| | ) | |
| NAPOLEON ARTURO BUSTAMANTE, a/k/a KING ARTHUR XIII, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

Defendant has filed a pro se "Motion to Quash Waiver," which states that he does not wish to waive his rights under the Speedy Trial Act and wishes the case to go to trial on December 7, 2005, as previously scheduled. He previously signed a waiver and it was filed by his counsel. The case is set for trial on February 14, 2006. This is a special setting, and the case will go to trial that day, absent unforseen circumstances.

This case involves significant discovery, as the allegations relate to counterfeit securities, misrepresentations of identity and citizenship, and other fraudulent statements. It is a paper-intensive case, and both counsel indicate that the time between now and February 14 is necessary for them to adequately prepare their cases. As set out in my November 22 order, the ends of justice outweigh the

interests of the defendant in a speedy trial, whether he chooses to waive the provisions of the Speedy Trial Act or not. Moreover, at the time the waiver was filed, he had authorized and signed it. Accordingly,

**IT IS HEREBY ORDERED** that defendant's pro se motion to quash waiver [#31] is denied. This case remains set for jury trial on February 14, 2006, and will be the first case reached for trial that day.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2005.